AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

JOHN F. DONAHUE, III

V.

THE WESTERLY AMBULANCE CORPS., INC. et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-216T

TO: (Name and address of defendant)

STEPHEN LONGOLUCCO
30 CHESTNUT STREET
WESTERLY, RI 02891

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOUISE A. HERMAN, ESQ.
SINAPI FORMISANO & COMPANY, LTD.
100 MIDWAY PLACE, SUITE 1
CRANSTON, RI 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] Vincent P. Catamero | DATE 8/16/05 |
| NAME OF SERVER (PRINT) Constable State of R.I. License #6023 | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 12 Simms St. Westerly, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/16/06
*Date*

Vincent P. Catamero
*Signature of Server*

Vincent P. Catamero
Constable State of R.I.
License #6023

1408 Atwood Ave. Johnston, RI
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2005 AUG 18 A 10:54

FILED