**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. DONAHUE, III**<br>**Plaintiff**<br><br>**VS.**<br><br>**THE WESTERLY AMBULANCE CORPS, INC., and STEPHEN LONGOLUCCI in his capacity as President of the Corporation,**<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 05-216T** |

## ENTRY OF APPEARANCE

I, the undersigned, do hereby enter my appearance for the Defendants in the above-referenced action.


Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888

August 26, 2005

## CERTIFICATION

I, the undersigned, hereby certify that on September 6, 2005 I sent a true copy of the within by regular mail to all of the parties below:

Louise A. Herman, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920