**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. DONAHUE, III** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C.A. No. 05-216T** |
| | : | |
| **THE WESTERLY AMBULANCE CORPS, INC., and STEPHEN LONGOLUCCI in his capacity as President of the Corporation,** | : | |
| **Defendants** | : | |

FILED SEP 06 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ENTRY OF APPEARANCE**

I, the undersigned, do hereby enter my appearance for the Defendants in the above-referenced action.

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
August 26, 2005

**CERTIFICATION**

I, the undersigned, hereby certify that on September 6, 2005 I sent a true copy of the within by regular mail to all of the parties below:

Louise A. Herman, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920