**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. DONAHUE, III**<br>**Plaintiff** | : | |
| | : | **C.A. No. 05-216T** |
| **THE WESTERLY AMBULANCE CORPS, INC., and STEPHEN LONGOLUCCI in his capacity as President of the Corporation,**<br>**Defendants** | : | |

**NOTICE TO TAKE DEPOSITION**

**TO:** Louise Herman, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please be advised that the defendants will take the deposition of **JOHN F. DONAHUE III** at the office of Stephen M. Robinson, Esq., LAW OFFICES OF STEPHEN M. ROBINSON, 155 South Main Street, Suite 402, Providence, RI 02903 on **March 7, 2006 at 10:00 a.m.** This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,
Defendants,
By their attorneys,

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 6, 2006

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 6, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on February 6, 2006 I sent a true copy of the within by regular mail to all of the parties below:

Louise A. Herman, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920