**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. DONAHUE, III** | : | |
| **Plaintiff** | : | |
| | : | **C.A. No. 05-216T** |
| | : | |
| **THE WESTERLY AMBULANCE CORPS, INC.,** | : | |
| **and STEPHEN LONGOLUCCI in his capacity as** | : | |
| **President of the Corporation,** | : | |
| **Defendants** | | |

**DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO INTERROGATORIES**

Now comes the Defendant and hereby moves for an enlargement of time of thirty (30) days to respond to the Plaintiff's Interrogatories dated January 13, 2006. In support of its Motion, Defendant asserts that it requires additional time to compile the information requested.

Respectfully submitted,
Defendants,
By their attorneys,

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 10, 2006

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 10, 2006

**CERTIFICATION**

I, the undersigned, hereby certify that on February 10, 2006 I sent a true copy of the within by regular mail to all of the parties below:

Louise A. Herman, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920