**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
MAR 10 2006
Property of U.S. District Court
District of Rhode Island

**JOHN F. DONAHUE, III,**
**Plaintiff**

**v.** **C.A. No. 05-216T**

**THE WESTERLY AMBULANCE CORPS., INC. and STEPHEN LONGOLUCCO in his capacity as President of the Corporation,**
**Defendants**

**STIPULATION**

The undersigned parties hereby stipulate and agree that both parties shall have until March 31, 2006 to object and otherwise respond to Requests for Production of Documents and Interrogatories.

Attorneys for Plaintiff,
SINAPI, FORMISANO & COMPANY, LTD

Louise A. Herman (#6430)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690

Attorney for Defendants,
THE LAW OFFICES OF STEPHEN M. ROBINSON,

Stephen M. Robinson (#2103)
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565

Dated: March 7, 2006