**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. DONAHUE, III,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-216T** |
| **THE WESTERLY AMBULANCE CORPS., INC. and STEPHEN LONGOLUCCO in his capacity as President of the Corporation,**<br>**Defendants** | : | |

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed by the parties that the above-referenced matter shall be dismissed with prejudice, no fees or costs.

Attorneys for Plaintiff,
SINAPI, FORMISANO & COMPANY, LTD

Louise A. Herman (#6430)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(fax) 943-9040
March 23, 2006

Attorney for Defendants,
THE LAW OFFICES OF STEPHEN M. ROBINSON,

Stephen M. Robinson (#2103)
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
March 22, 2006

ENTER:

Ernest C. Torres, Chief Judge
April 7, 2006